## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Christine M. Arguello

Criminal Case No. 10-cr-00612-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    JOSHUA BODEAN SMITH, and
2.    BIANCA SOTO,

    Defendants.

---

### ORDER DISCLOSURE OF GRAND JURY MATERIAL TO DEFENDANTS

---

This matter comes before the Court on the United States' Motion to Disclose Grand Jury Material to Defendant (Doc. # 72), pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i). Having reviewed the motion and being otherwise advised in the premises, the Court finds that good and sufficient cause supports the same, and it is therefore

ORDERED that the United States' motion is granted, and that grand jury materials, including testimony and any exhibit(s), may be disclosed to the Defendants and their attorneys in the course of discovery in this case. It is

FURTHER ORDERED that such materials shall only be used in defending this case; that such materials are disclosed only to the Defendants and their attorneys; that the defendants' attorneys shall maintain custody of such materials, and shall not reproduce or disseminate the same; and that such materials shall be returned to the United States at the end of the case.  It is

FURTHER ORDERED that Defendant Smith's Unopposed Motion To Disclose Jury Transcripts (Doc. # 60) and Defendant Soto's Unopposed Motion for Disclosure of Grand Jury Materials (Doc. # 66) are DENIED AS MOOT.

DATED: May   16  , 2011

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge